1013

**J. B. DILLON, Appellant, v. UNITED STATES of America.**
No. 9642.

Circuit Court of Appeals, Eighth Circuit.
March 21, 1933.

Max E. Duckworth, of Sioux City, Iowa, for appellant.

Harry M. Reed, of Waterloo, Iowa, and D. C. Browning, of Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution on motion of appellee.

**Isaac FLETCHER, Appellant, v. UNITED STATES of America.**
No. 9748.

Circuit Court of Appeals, Eighth Circuit.
May 16, 1933.

Walter L. Brady, of St. Louis, Mo., for appellant.

Arthur A. Hapke, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellee under rule 16 of this court.

**Vourdon H. FRICKE, Appellant, v. Morris J. LEVIN, Trustee in Bankruptcy, etc.**
No. 9680.

Circuit Court of Appeals, Eighth Circuit.
Feb. 17, 1933.

Chase Morsey and John V. Lee, both of St. Louis, Mo., for appellant.

Noah Weinstein, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellee.

**Dora R. GANS et al., Appellants, v. ST. LOUIS-SAN FRANCISCO RAILWAY CO.**
No. 9745.

Circuit Court of Appeals, Eighth Circuit.
May 13, 1933.

Levy, Kraus & Leman, of New York City, and Louis Mayer, of St. Louis, Mo., for appellants.

Carter, Jones & Turney, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed, at costs of appellants, per stipulation of parties.

**GENERAL FOODS CORPORATION, Plaintiff-Appellant, v. SEEMAN BROTHERS, Defendant-Appellee.**
No. 344.

Circuit Court of Appeals, Second Circuit.
April 3, 1933.

Melville Church and C. B. Des Jardins, both of Washington, D. C., and Geo. W. Case, of New York City, for appellant.

Newton A. Burgess and Gifford, Scull & Burgess, all of New York City, for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Coxe, District Judge, below [60 F.(2d) 622] on the issue of noninfringement.